| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name. first. middle initial) WOOD, DIANE P. | 2. Court or Organization U.S. Court of Appeals, 7th Cir | 3. Date of Report 05/6/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 2688 U.S. Courthouse 219 S. Dearborn Street Chicago, IL 60604-1818 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2009 MAY -7 A 10: 51

RECEIVED

Wood_Diane_P

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | University of Chicago Salary (Total) | $25,830.00 |
| 2. 2008 | West Services, Inc. (Book Royalties) | $5,731.35 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Northwestern Feinberg School of Medicine - Professor of Neurology |
| 2. 2008 | Self Employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Society of Int'l Law (ASIL) | 1/29/08-1/30/08 | Washington, D.C. | Advisory Board Meeting | T,L,F |
| 2. Univ. of Pennsylvania American Constitution Society Chapter | 1/31/08-2/1/08 | Philadelphia, PA | Amer.Constitution Society | T,L,F |
| 3. Indiana University Sch. of Law | 2/22/08-2/23/08 | Bloomington, IN | Minton Moot Court | T,L,F |
| 4. PricewaterhouseCoopers | 2/27/08-3/2/08 | Dana Point, CA | 2008 Leadership Forum | T,L,F |
| 5. University of Chicago | 3/14/08-3/22/08 | New Delhi & Kolkata, India | Higher Edu. Conference | T,L,F |
| 6. McGeorge Sch. of Law, Univ. of the Pacific | 3/26/08-3/28/08 | Sacramento, CA | Jurist in Residence Prog. | T,L,F |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | | Date of Report |
| WOOD, DIANE P. | | | | 05/6/2009 |

| | | | | |
|---|---|---|---|---|
| 7. University of Texas Law School | 4/5/08-4/6/08 | Austin, Texas | Law Review Assn Meeting | T,L,F |
| 8. University of Chicago School of Law | 4/9/08-4/10/08 | Washington, D.C. | AJIL & ASIL Meetings | T,L,F |
| 9. Columbia University School of Law | 4/17/08-4/18/08 | New York, NY | Moot Court Competition | T,L,F |
| 10 University of Texas School of Law | 5/17/08-5/18/08 | Austin, TX | Commencement Speaker | T,L,F |
| 11 European Univ. Institute & Robert Schuman Centre for Adv. Studies | 6/4/08-6/8/08 | Florence, Italy | Comp. Law & Policy Worksh | T,L,F |
| 12 New York University School of Law | 6/12/08-6/14/08 | Florence, Italy | Class Actions Conference | T,L,F |
| 13 Forham University School of Law | 9/24/08-9/25/08 | New York, NY | Conf. on Int'l Antitrust | T,L,F |
| 14 William & Mary Law School | 9/26/08-9/28-08 | Williamsburg, VA | 2008-09 S.Ct. Preview | T,L,F |
| 15 Jevons Institute and University College London | 10/2/08-10/3/08 | Washington, D.C. | Comp.Law & Econ.Rndtable | T,L,F |
| 16 American Law Institute (ALI) | 10/3/08-10/4/08 | Cambridge, MA | ALI Aggreg.Lit. Adv. Mtg. | T,L,F |
| 17 American Enterprise Institute (AEI) | 10/15/08-10/16/08 | Washington, D.C. | Transatl.Citizenship Conf | T,L,F |
| 18 American Law Institute (ALI) | 10/16/08-10/18/08 | New York, NY | Fall Council Meeting | T,L,F |
| 19 American Law Institute (ALI) | 12/4/08-12/5/08 | Philadelphia, PA | Winter Council Meeting | T,L,F |
| 20 University of Chicago School of Law | 12/30/08 | Philadelphia, PA | Amer.Philosophical Assn. | T,F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club of Chicago | See note 1. | $0.00 |
| 2. West Publishing Co. | Complimentary Second Set of F3d - See Note 2. | $504.21 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | J | T | N/A | | | | |
| 4. RBS Citizens, N.A. | A | Interest | J | T | N/A | | | | |
| 5. Chase Bank | B | Interest | M | T | | | | | |
| 6. Acura Pharmaceuticals, Inc. | A | Dividend | J | T | | | | | |
| 7. ADC Telecommunications | A | Dividend | J | T | | | | | |
| 8. Ameriprise 403(b) | | None | L | T | | | | | |
| 9. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 10. Baird Insured Deposit | B | Interest | K | T | | | | | |
| 11. Bristol Myers | A | Dividend | J | T | | | | | |
| 12. Diomed Holdings | A | Dividend | J | T | | | | | |
| 13. Fastenal | B | Dividend | L | T | | | | | |
| 14. Fidelity NMFF 457(b) | | None | K | T | | | | | |
| 15. Fidelity Northwestern 403(b) | | None | N | T | | | | | |
| 16. FRDXX Fidelity Cash Reserves | C | Interest | L | T | | | | | |
| 17. CLSPX Columbia Mid Cap Growth Cl Z | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FDVLX Fidelity Value | | None | L | T | | | | | |
| 19. OBHGX Old Mutla Growth Fund C1 Z | | None | K | T | | | | | |
| 20. RC2 Corporation | A | Dividend | J | T | | | | | |
| 21. Stock: SLGLF Silverado Gold Mines Ltd. (hldg of Fidelity IRA | | None | J | T | | | | | |
| 22. FLPSX Fidelity Low Priced Stock Fund | | None | K | T | | | | | |
| 23. GE | A | Dividend | J | T | | | | | |
| 24. M & I (Marshall & Ilsley) Bank | A | Interest | K | T | | | | | |
| 25. Midwest Air (Y) | | None | | | | | | | |
| 26. Multilink Telecommunications | A | Dividend | J | T | | | | | |
| 27. Silverado Gold Fields | A | Dividend | J | T | | | | | |
| 28. Sun Microsystems | A | Dividend | J | T | | | | | |
| 29. W & T Offshore | A | Dividend | J | T | | | | | |
| 30. Walmart de Mexico | A | Dividend | J | T | | | | | |
| 31. Wells Fargo | D | Dividend | M | T | | | | | |
| 32. Whole Foods | B | Dividend | K | T | | | | | |
| 33. Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 34. Rental House, Madison. Dane County, Wisconsin-See Part VIII | E | Rent | N | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income. assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rental House, Travis Co., Texas | C | Rent | M | S | Buy | 7/25 | M | | Buyer- Self; Seller-Jay Ot |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5.001 - $15.000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1,000,000 | H1 =$1.000.001 - $5,000.000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15.000 or less | K =$15,001 - $50.000 | L =$50.001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500.001 - $1.000,000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART V Gifts.

Note1: Pursuant to the letter dated November 12, 2008, the Committee on Codes of Conduct has concluded that the status of Judicial Privilege Holder extended to judges by the Union League Club of Chicago is not a reduced fee membership and is not otherwise reportable.

Note 2: As of March 1, 2008, the primary subscription to West's Federal Reporter 3d series was cancelled, and thus we no longer receive any complimentary copies.

PART VII. Investments and Trusts.

NOTE: The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

Line 4. RBS Citizens, N.A. used to be Charter One Bank.

Line 25. Midwest Air: No longer held because it was taken private during 2008.

Line 34. Rental house, Madison, Dane Count , Wisconsin. Assessed value for 2008: $282,300.00

Line 35 Rental house, Travis County, Texas. Assessed value for 2008: $186,957
    Acquisition : July 25, 2008
    Buyer: Self and ▮▮▮▮▮▮▮▮
    Seller: Jay Otto

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/6/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544